IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

(Tampa Division)

ANTHONY GEARY,

    Plaintiff,

vs.

LARRY BARBER ENTERPRISES,
INC., a Florida Profit Corporation,

    Defendant.
_____/

**COMPLAINT FOR DAMAGES**

    Plaintiff, ANTHONY GEARY, sues Defendant LARRY BARBER ENTERPRISES, INC., and shows:

**Introduction**

    1.    This is an action by ANTHONY GEARY against his former employer for unpaid overtime pursuant to the Fair Labor Standards Act. Plaintiff seeks damages and a reasonable attorney's fee.

**Jurisdiction**

    2.    This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207. The Court has jurisdiction over the claims pursuant to 29 U.S.C. § 216(b).

    3.    The claim arose within the Middle District of Florida, which is where venue is proper.

**Parties and General Allegations**

4. Plaintiff, ANTHONY GEARY, (hereinafter "GEARY") a resident of Hillsborough, was at all times material, employed by LARRY BARBER ENTERPRISES, INC., as a working landscaping foreman, was an employee as defined by 29 U.S.C. § 203(e), and during his employment with LARRY BARBER ENTERPRISES, INC., was engaged in commerce or in the production of goods for commerce. To wit: GEARY handled goods and materials that moved in interstate commerce and GEARY traveled in and out of state on interstate roads and highways in performing his job duties for the Defendant.

5. Defendant, LARRY BARBER ENTERPRISES, INC., (hereinafter, "LARRY BARBER"), is a Florida Corporation headquartered in Pasco County, Florida, doing business in several counties throughout the State of Florida, is an enterprise engaged in an industry affecting commerce, and is an employer as defined by 29 U.S.C. §§203(d) and (s)(1), which has employees subject to the provisions of the FLSA, 29 U.S.C. § 207 on the worksites where GEARY was employed.

**Count I – Violation of FLSA by Defendant LARRY BARBER – Overtime**

6. Plaintiff, ANTHONY GEARY, realleges, as if fully set forth in Count I, the allegations of Paragraphs 1 through 5 above.

7. Since on or about August 2019 through December 31, 2019, and from November 2020 through April 1, 2022, Defendant LARRY BARBER has willfully violated the provisions of §7 of the Act [29 U.S.C. §207] by employing employees engaged in commerce for workweeks longer than 40 hours without compensating them for their employment in excess of 40 hours at rates not less than one and one-half times the regular rates at which they were employed: specifically GEARY, during the above timeframe, worked in excess of 40 hours a week most

weeks of his employment, and was not compensated for the work in excess of 40 hours at a rate not less than one and one-half times the regular rate at which he was employed.

8. The failure to pay overtime compensation to GEARY is unlawful in that he was not paid a salary and therefore was not exempted from the overtime provisions of the Act.

9. LARRY BARBER's actions were willful and purposeful as it was well aware of the Fair Labor Standards Act and GEARY's status as non-exempt, but chose not to pay him in accordance with the Act.

10. GEARY is entitled pursuant to 29 U.S.C. § 216(b), to recover from LARRY BARBER:

   a. All unpaid overtime that is due;

   b. As liquidated damages, an amount equal to the unpaid overtime owed;

   c. The costs of this action, and;

   d. A reasonable attorney's fee.

WHEREFORE, plaintiff, ANTHONY GEARY, prays that this court will grant judgment against defendant LARRY BARBER:

   a. awarding GEARY payment of overtime compensation found by the court to be due to him under the Act, including pre-judgment interest;

   b. awarding GEARY an additional equal amount as liquidated damages;

   c. awarding GEARY his costs, including a reasonable attorney's fee; and

   d. granting such other and further relief as is just.

**Jury Demand**

Plaintiff demands trial by jury on all issues so triable.

Dated: August 24, 2022
Plantation, Florida

        Respectfully submitted,

        */s/ Robert S. Norell*
        Robert S. Norell, Esq.
        Fla. Bar No. 996777
        E-Mail: rob@floridawagelaw.com
        **ROBERT S. NORELL, P.A.**
        300 N.W. 70th Avenue
        Suite 305
        Plantation, FL 33317
        Telephone: (954) 617-6017
        Facsimile: (954) 617-6018
        *Counsel for Plaintiff*